178 So. 921

**Edgar BROWN v. STATE.**
**8 Div. 644.**

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.

178 So. 921

**George BROWN v. STATE.**
**6 Div. 187.**

Court of Appeals of Alabama.
Jan. 18, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

186 So. 916

**Gordon BROWN v. STATE.**
**8 Div. 710.**

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 919

**J. Walter BROWN v. STATE.**
**5 Div. 40.**

Court of Appeals of Alabama.
Oct. 26, 1937.

RICE, Judge.
Affirmed.

183 So. 923

**Noah BROWN v. STATE.**
**7 Div. 420.**

Court of Appeals of Alabama.
Oct. 4, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

184 So. 911

**Woodroe (alias Skeet) BROWN v. STATE.**
**4 Div. 465.**

Court of Appeals of Alabama.
Nov. 29, 1938.

J. B. Hicks, of Phenix City, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

188 So. 923

**Charles Will BRUNSON v. STATE.**
**5 Div. 74.**

Court of Appeals of Alabama.
April 18, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.